FILED
 2014 Nov-03  PM 04:17
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ORLANDO SAMUEL McKEITHEN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:13-cv-1944-RDP-TMP |
| | ) |
| **PHYLLIS BILLIPS, Warden, and the** | ) |
| **ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On October 8, 2014, the Magistrate Judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed. (Doc. 13). On October 24, 2014, Petitioner filed objections. (Doc. 14). Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections, the court is of the opinion that the Report is due to be and hereby is **ADOPTED**, and the Recommendation is **ACCEPTED**. Petitioner's objections are **OVERRULED**. Consequently, the petition for writ of *habeas corpus* is due to be denied and dismissed with prejudice. A separate final judgment will be entered.

The Clerk is **DIRECTED** to mail a copy of this Memorandum Opinion to Petitioner.

**DONE** and **ORDERED** this November 3, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE